# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIE L. GOLD, JR. and ANISSA FINNEY GOLD, | )<br>)<br>) |
| Plaintiffs, | ) No. 3:12-cv-01214 |
| | ) Judge Sharp |
| v. | )<br>) |
| CLARKSVILLE MONTGOMERY SCHOOL DISTRICT, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## O R D E R

The plaintiffs, residents of Clarksville, Tennessee, bring this *pro se* action under 42 U.S.C. § 1983. This case concerns alleged repeated school and bus bullying experienced by the plaintiffs' minor children by two other minor students of the Clarksville Montgomery County School District, bullying that ultimately culminated in a physical assault of the plaintiffs' daughter, a tenth grade public school student at the time, by one of the alleged bullies. (Docket No. 1).

Plaintiff Anissa Finney Gold submitted an application to proceed *in forma pauperis* (Docket No. 2) along with the complaint.

By order entered on November 29, 2012, the court instructed plaintiff Willie L. Gold, Jr. that, in order to proceed in this case, he must either pay his portion of the filing fee or complete the application to proceed *in forma pauperis* and return the properly completed application to the district court. (Docket No. 3). Mr. Gold timely submitted an application to proceed *in forma pauperis* on December 7, 2012. (Docket No. 5).

After reviewing the plaintiffs' separate applications to proceed *in forma pauperis*, the court is unable to issue a ruling at this time. The applications contain discrepancies that are difficult to

reconcile for two people who appear to be living at the same residence and sharing the same household expenses. For example, Mr. Gold states that he is responsible for the monthly home-mortgage payment in the amount of $610. (Docket No. 5 at p. 4). However, Mrs. Gold states that Mr. Gold is responsible for a monthly mortgage payment in the amount of $560. (Docket No. 2 at p. 4). Mr. Gold states that his monthly income is $1400. (Docket No. 5 at p. 1). However, Mrs. Gold states that Mr. Gold's monthly income is $900. (Docket No. 2 at p. 1). There are additional discrepancies found within the applications.

Accordingly, the plaintiffs are **DIRECTED** to explain, supplement or modify their individual applications to proceed *in forma pauperis* within fourteen (14) days of receipt of this order. This action is necessary for the court to be able to determine if the plaintiffs should be granted pauper status in this case. Alternatively, the plaintiffs may submit the full civil filing fee of three hundred and fifty dollars ($350) in lieu of seeking pauper status.

The plaintiffs are advised that no further action in this case can occur until the plaintiffs have complied with the court's order. Due to the holiday season, the plaintiffs may request one extension of time within which to respond to the court's order; however, the request for an extension must be made before the expiration of the fourteen day period.

It is so **ORDERED.**

Kevin H. Sharp
United States District Judge